# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KRISTINA K. CASSAWAY, | Case No.: 2:13-CV-3130-VEB |
| Plaintiff, | CONSENT ORDER GRANTING REMAND |
| vs. | |
| CAROLYN W. COLVIN, | |
| Acting Commissioner of Social Security Administration | |
| Defendant. | |

Based on the stipulation of the parties, who have consented to the jurisdiction of a United States Magistrate Judge (Docket No. 17), it is hereby

ORDERED that this case be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings, including, but not limited to, the following actions: the administrative law judge (ALJ) will reevaluate the medical source opinions of Dr. Moore (Tr. 48-59), Dr. Dougherty (Tr. 555-563), Dr. Beaty (Tr. 565-568, 569-582), and Ms. Mondragon (Tr. 545-

CONSENT ORDER GRANTING REMAND - 1

553); the ALJ will further consider Plaintiff's subjective complaints; the ALJ will further consider Plaintiff's residual functional capacity; if the sequential evaluation proceeds to step five, the ALJ will obtain additional vocational expert testimony to assist the ALJ in determining Plaintiff's ability to perform other work; and if necessary, the ALJ will further evaluate the materiality of any substance use pursuant to Social Security Ruling 13-2p.

Accordingly, this case is reversed and REMANDED pursuant to sentence four of 42 U.S.C. § 405(g).

The District Court Executive is directed to file this Order, provide copies to counsel, enter judgment in favor of the Plaintiff, and close this case.

DATED this 27th day of October, 2014.

/s/Victor E. Bianchini
VICTOR E. BIANCHINI
UNITED STATES MAGISTRATE JUDGE

CONSENT ORDER GRANTING REMAND - 2